FILED

10/31/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0503

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0503

_____

GUARDIAN TAX MT, LLC,

       Plaintiff and Appellee,

   v.

JEANNETTE F. TASEY, and all other persons,
unknown, claiming or who might claim any
right, title, estate, or interest in or lien or
encumbrance upon the real property described
in the complaint adverse to Plaintiff's
ownership or any cloud upon Plaintiff's title,
whether the claim or possible claim is present or
contingent,

       Defendant and Appellant.

                       O R D E R

_____

The record was filed for purposes of this appeal on August 23, 2024. The opening brief is now overdue.

IT IS THEREFORE ORDERED that Appellant shall prepare, file, and serve the opening brief on appeal no later than December 2, 2024. Failure to file the brief within that time will result in dismissal of this appeal with prejudice and without further notice.

The Clerk is directed to provide copies of this Order to all parties.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 31 2024